UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JESUS ADEL-SILVESTRE,

Petitioner,

v.

WARDEN, et al.,

Respondents.

CAUSE NO. 3:26-CV-775-CCB-SJF

## <u>ORDER</u>

Immigration detainee Jesus Adel-Silvestre, by counsel, filed a petition for a writ

of habeas corpus under 28 U.S.C. § 2241, alleging he is unlawfully confined in violation

of the laws or Constitution of the United States. He asserts that the government has not

given him an opportunity to be released on bond in accordance with 8 U.S.C. § 1226(a)

while his removal proceeding are pending. (ECF 1.) The court issued an order to show

cause, and the government has responded that Mr. Adel-Silvestre is subject to

mandatory detention under 8 U.S.C. § 1225(b)(2) as an "applicant seeking admission"

while his removal proceedings are pending. (ECF 7.)

However, it appears from information publicly available through the Executive

Office of Immigration Review (EOIR) website that Mr. Adel-Silvestre's removal

proceedings may have become final after the government's response was filed. If so, his

detention would be governed by 8 U.S.C. § 1231, which mandates detention for a 90-

day period after a removal order becomes final.[1] In light of this potential development, the court finds it necessary to obtain supplemental briefing that addresses the status of Mr. Adel-Silvestre's removal proceedings so the court can ensure application of the correct statute.

For these reasons, the court **ORDERS** the government to file a status report addressing the status of the petitioner's removal proceedings by **July 28, 2026.** Any response by the petitioner shall be due by **August 3, 2026.**

SO ORDERED on July 21, 2026

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The EOIR website reflects that an immigration judge granted him voluntary departure and issued an alternate removal order on June 18, 2026, making any appeal to the Board of Immigration Appeals due by July 20, 2026, at the latest. *See* 8 C.F.R. § 1003.38(b); *see also Amica Ctr. for Immigrant Rts. v. Exec. Off. for Immigr. Rev.*, 822 F. Supp. 3d 119 (D.D.C. Mar. 8, 2026), *appeal filed* No. 26-5156 (D.C. Cir. May 11, 2026). That deadline has passed, and the website reflects that no appeal was filed. The order of removal would become administratively final "upon overstay of the voluntary departure period" if no appeal was filed. *See* 8 C.F.R. § 1241.1(f).

2