UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JESUS ADEL-SILVESTRE,

Petitioner,

v.                                                   CAUSE NO. 3:26-CV-775-CCB-SJF

WARDEN, et al.,

Respondents.

## <u>ORDER</u>

Immigration detainee Jesus Adel-Silvestre, by counsel, filed a petition for a writ

of habeas corpus under 28 U.S.C. § 2241, alleging he was being unlawfully confined in

violation of the laws or Constitution of the United States. (ECF 1.) The court issued an

order to show cause, and the government responded that Mr. Adel-Silvestre was subject

to mandatory detention under 8 U.S.C. § 1225(b)(2) as an "applicant seeking admission"

while his removal proceedings were pending. (ECF 7.) Thereafter, the court ordered

supplemental briefing, because it appeared from information publicly available through

the Executive Office of Immigration Review (EOIR) website that Mr. Adel-Silvestre was

granted voluntary departure after the government's response was filed. (ECF 12.)

The government has filed a supplemental brief and asks that the case be

dismissed as moot because Mr. Adel-Silvestre was granted voluntary departure and is

no longer in the custody of Immigration and Customs Enforcement (ICE). (ECF 13.) Mr.

Adel-Silvestre had until August 3, 2026, to file a response to the government's

supplemental brief if he wished to do so. (ECF 12.) That deadline has passed and no

response was filed. Because Mr. Adel-Silvestre is no longer in ICE custody, his habeas petition challenging his detention has become moot. *See E.F.L. v. Prim*, 986 F.3d 959, 962–63 (7th Cir. 2021); *see also Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006) ("For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated."). Therefore, the case must be dismissed for lack of jurisdiction. *E.F.L.*, 986 F.3d at 962.

For these reasons, this action is **DISMISSED** for lack of jurisdiction. The clerk is DIRECTED to close the case.

SO ORDERED on August 6, 2026.

*/s/Cristal C. Brisco*

CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

2